UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EPHESIAN JOHNNY FRANKLIN,

            Plaintiff,

   v.

JEFFREY PRESTON BEZOS, et al.,

           Defendants.

Case No. C25-0176-LK

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Honorable S. Kate Vaughan, United States Magistrate Judge:

Plaintiff Ephesian Johnny Franklin's application to proceed *in forma pauperis* (IFP), Dkt. 4, is deficient. He indicates that he is unemployed and gives no date of last employment, but also indicates he receives $400.00 per week from a part-time job. Dkt. 4 at 1. Plaintiff further states he has no money in cash or a bank account, but he has monthly expenses of $1,300.00. *Id.* at 2. The Court cannot assess Plaintiff's IFP application as written.

///

///

///

///

///

MINUTE ORDER - 1

Plaintiff must submit a revised, signed, and properly dated IFP application within **twenty (20) days** of the date of this Order.  He must provide complete and detailed financial information, including details on his employment and income, how he covers his monthly expenses, and any further helpful information on why he cannot pay his filing fee.  Failure to comply with this Order may result in denial of IFP or dismissal of the case.

Dated this 19th day of February, 2025.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
By: Stefanie Prather<br>
Deputy Clerk

MINUTE ORDER - 2