UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EPHESIAN JOHNNY FRANKLIN, <br><br> Plaintiff, <br> v. <br><br> JEFFREY PRESTON BEZOS et al., <br><br> Defendants. | CASE NO. 2:25-cv-00176-LK <br><br> ORDER DISMISSING ACTION AND DIRECTING CLERK TO CLOSE CASE |

      This matter comes before the Court sua sponte. On April 28, 2025, this Court adopted the Report and Recommendation of United States Magistrate Judge S. Kate Vaughan, denied Plaintiff Ephesian Johnny Franklin's application to proceed *in forma pauperis*, and directed Mr. Franklin to pay the full filing fee within 30 days of the date of its Order. Dkt. No. 11 at 3–4. The Court warned Mr. Franklin that it would dismiss this action without prejudice absent timely payment of the filing fee. *Id.*

//

//

ORDER DISMISSING ACTION AND DIRECTING CLERK TO CLOSE CASE - 1

To date, Mr. Franklin has not paid the filing fee. Accordingly, the Court dismisses this action without prejudice and directs the Clerk to close the matter.

Dated this 4th day of June, 2025.

*Lauren King*

Lauren King
United States District Judge